NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAMIAN MONTELEONE, an individual and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>THE NUTRO COMPANY, a Delaware corporation, et al.,<br><br>Defendants. | Civil Action No. 14-801 (ES) (JAD)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

Pending before the Court is the unopposed motion for attorneys' fees, expenses, and incentive award filed by Plaintiff on behalf of Plaintiff's Counsel. (D.E. Nos. 37, 38). On December 7, 2015, the Court held oral argument on the joint motion for final certification of settlement class and approval of class settlement, notice procedures, and plan of allocation, (D.E. No. 34), as well as the motion for attorneys' fees, expenses, and incentive award, (D.E No. 38). (*See* D.E. No. 39). The Court did not receive any objections.

For the reasons stated on the record at oral argument on December 7, 2015 and in the Court's accompanying Opinion;

**IT IS** on this 30th day of June 2016;

**ORDERED** that the joint motion for final certification of settlement class and approval of class settlement, class notice procedures, and plan of allocation, (D.E. No. 34), is GRANTED; and it is further

**ORDERED** that Plaintiff's unopposed motion for attorneys' fees, expenses, and incentive award, (D.E. Nos. 37, 38), is GRANTED; and it is further

**ORDERED** that, within ten (10) days of the date of this Order, the settling parties shall submit a revised proposed Final Order and Judgment of Dismissal with Prejudice for the Court's review incorporating any modificationS that might be necessary in light of the Court's accompanying Opinion; and it is further

**ORDERED** that the Clerk of the Court may terminate docket entries 34, 37, and 38.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**